IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY FERRIER,

      Plaintiff,                          CIV-S-06-0129 DFL GGH PS

      vs.

STATE OF CALIFORNIA,

      Defendant.                       FINDINGS & RECOMMENDATIONS

_____/

        By order filed September 27, 2006, plaintiff was ordered to show cause, within ten days, why his action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). The ten day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 12/18/06

4  　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　_____

5  　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

6  GGH:035
　　ferrier.fsc