**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY FERRIER,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA,<br><br>        Defendant. | No. 2:06-CV-0129-RRB-GGH-PS<br><br>**ORDER** |

    Plaintiff Leroy Williams ("Plaintiff"), filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. §§ 1983 and 1985. The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(21).

    On December 18, 2006, Magistrate Judge Gregory G. Hallows filed Findings & Recommendations (Docket 5) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within twenty days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-0129-RRB-GGH-PS

1  The Court has reviewed the file and finds the Findings & Recommendations at Docket 5 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 5**, filed on December 18, 2006, are adopted in full; and

2. This action is **DISMISSED** without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

**ENTERED** this 5th day of July, 2007.


                      S/RALPH R. BEISTLINE
                      UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-0129-RRB-GGH-PS